UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:08-CR-118 |
| vs. | ) | |
| | ) | |
| RAYMOND TATE | ) | MATTICE/CARTER |

## REPORT AND RECOMMENDATION

Defendant has filed a *pro se* Motion to Return Property (Doc. 39). I conclude the defendant's motion is without merit for the reasons set out in the United States' Response to Defendant's Motion to Return Property. I therefore RECOMMEND the defendant's Motion to Return Property be DENIED.[1]

Dated: July 9, 2009

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

---

[1] Any objections to this Report and Recommendation must be served and filed within ten (10) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 88 L.Ed.2d 435, 106 S.Ct. 466 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).