UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:08-cr-118 |
| v. ) | |
| ) | Judge Mattice |
| RAYMOND TATE ) | |

# ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(a). [Court Doc. 63]. Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 59(a).

Accordingly, the Court **ORDERS** that Defendant's Motion to Return Property [Court Doc. 39] is **DENIED**.

SO ORDERED this 28th day of July, 2009.

　　　　　　　　　　　　　　　　　　　　　*/s/Harry S. Mattice, Jr.*
　　　　　　　　　　　　　　　　　　　　　HARRY S. MATTICE, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE