## COURTROOM MINUTES: PRETRIAL CONFERENCE

Case No. 1:08-cr-118                    USA v Raymond Tate

PRESENT: Honorable Harry S. Mattice, Jr.          ✓ U.S. District Judge

AUSA: Chris Poole
Defense Attorney: Lee Ortwein as stand-by counsel
Courtroom Deputy: Pam Scott
Court Reporter: Shannan Andrews
Defendant: Raymond Tate (Pro Se)

Other Matters: Final Pretrial Conference held before USDJ Harry S. Mattice, Jr.; Trial to begin on Tuesday, November 17th @ 9:00 a.m. Trial expected to last 2 days. Court rules on outstanding motions as follows:

| # | Motion | Ruling |
|---|---|---|
| #32 | (Pro Se) Motion Challenging Jurisdiction | DENIED |
| #64 | Court adopts and affirms USMJ Carter's R& R | |
| #68 | Notice of Appeal re: USMJ Carter's R&R decision | DENIED |
| #69 | Objection [64] R&R | OVERRULED |
| #95 | (Pro Se) Motion to Dismiss Indictment | DENIED |
| #94 | (Pro Se) Motion to Dismiss | DENIED |
| #118 | (Pro Se) Motion to Substitute Attorney | DENIED |
| #100 | Court accepts and adopts USMJ Carter's R&R | |
| #107 | Objections re: [100] R&R re: [37] Motion to Suppress | DENIED |
| #119 | (Pro Se) Supplemental Objections to [107] | DENIED |
| #82 | (Pro Se) motion for prompt disposition of motions | Court has ruled |
| #122 | Court will reserve ruling on USMJ Carter's R&R as to retest of drugs | |
| #112 | (Pro Se) Memorandum | GRANTED |

Defendant remained in custody

Date: 11/9/09                    Time: 3:00 to 3:32
                                        3:51 to 4:17
                                        4:36 to 4:38