UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| RAYMOND TATE, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 1:16-CV-073-HSM |
| | ) | | 1:13-CV-036-HSM |
| | ) | | 1:08-CR-118-HSM-CHS-1 |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## MEMORANDUM AND ORDER

This is a pro se motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255. The matter is now before the Court upon the Sixth Circuit Court of Appeals entering an order instructing this Court to dismiss Petitioner's motions for relief filed April 18 and April 28 because the Court lacked jurisdiction over this matter after it entered an order transferring Petitioner's second § 2255 motion as second or successive [Doc. 262 p. 2]. In accordance with the Sixth Circuit's order, the Court **CORRECTS** its previous order to reflect that Petitioner's motion for reconsideration [Doc. 254] and motion to alter or amend [Doc. 255] are **DENIED** for lack of jurisdiction.

**IT IS SO ORDERED.**

                                                      */s/ Harry S. Mattice, Jr.*
                                                      HARRY S. MATTICE, JR.
                                                      UNITED STATES DISTRICT JUDGE